Exhibit 2 to the Complaint – Heartify PIC

**U.S. Patent No. US 11,468,984 v. Heartify.io**

Exhibit 2 to the Complaint – Heartify PIC

## 1. Claim Chart

| Claim | Analysis |
|---|---|
| [12.P]    A method    for calculating   a current    load level of a user of   a   mobile end    unit, comprising: | Heartify.io ("Company") performs and/or induces others to perform a method for calculating a current load level of a user of a mobile end unit.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Company provides a Stress Monitor application, installed on multiple devices such as smartphones (used herein as an exemplary product), and smartwatches ("mobile end unit"), such that the application calculates stress score ("current load level") for the user.<br><br><br>Source: https://heartify.io/stress-monitor |

Exhibit 2 to the Complaint – Heartify PIC



Source: https://heartify.io/stress-monitor (annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company.

Exhibit 2 to the Complaint – Heartify PIC

| [12.1] starting a further application installed on the mobile end unit so that this is carried out on the mobile end unit, | Company performs and/or induces others to perform the step of starting a further application installed on the mobile end unit so that this is carried out on the mobile end unit.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the Stress Monitor application ("a further application") is installed in the user's smartphone that calculates multiple health-related metrics of the user, including, but not limited to, heart rate, BPM, heart rate variability, activity statistics, sleep data, and stress score.<br><br><br><br>Source: https://heartify.io/stress-monitor (annotated) |

Exhibit 2 to the Complaint – Heartify PIC



The mobile end unit

Source: https://heartify.io/stress-monitor (annotated)

Exhibit 2 to the Complaint – Heartify PIC



Source: https://heartify.io/stress-monitor

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company.

| [12.2] calculating biometric data of the user by | Company performs and/or induces others to perform the step of calculating biometric data of the user by means of the further application, wherein the biometric data is recorded at least from user data that is recorded from using a plurality of applications present and available on the mobile end unit by the user, and calculated from at least one signal data produced by at least one sensor integrated into the mobile end unit. |
|---|---|

Exhibit 2 to the Complaint – Heartify PIC

| | |
|---|---|
| means of the further application, wherein the biometric data is recorded at least from user data that is recorded from using a plurality of applications present and available on the mobile end unit by the user, and calculated from at least one signal data produced by at least one sensor integrated into the mobile end unit, | This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the Stress Monitor application ("the further application") is utilized along with the smartphone's camera application ("a plurality of applications present and available on the mobile end unit"), wherein, the user places his/her finger on the camera to measure heart rate and heart rate variability (HRV) ("user data") by detecting light changes ("at least one signal data produced by at least one sensor integrated into the mobile end unit") when the blood passes through the finger. Further, based on the heart rate and the HRV, the Stress Monitor application utilizes AI to analyze several parameters such as BPM, activity statistics, and sleep data ("biometric data of the user") to calculate the physiological stress score of the user.<br><br><br>Source: https://heartify.io/stress-monitor (annotated) |

Exhibit 2 to the Complaint – Heartify PIC



Source: https://heartify.io/stress-monitor (annotated)

Exhibit 2 to the Complaint – Heartify PIC



biometric data of the user

Source: https://heartify.io/stress-monitor (annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company.

Exhibit 2 to the Complaint – Heartify PIC

| [12.3] wherein the biometric data from the at least one signal data is produced by said at least one sensor, and user data of said plurality of available applications, is divided into a plurality of categories, | Company performs and/or induces others to perform the step wherein the biometric data from the at least one signal data is produced by said at least one sensor, and user data of said plurality of available applications, is divided into a plurality of categories.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the Stress Monitor application utilizes the smartphone's camera sensor to measure the heart rate to further calculate multiple health-related metrics including, but not limited to, BPM, HRV, activity statistics, and sleep data ("the biometric data is divided into a plurality of categories"). |
|---|---|

Exhibit 2 to the Complaint – Heartify PIC



Source: https://heartify.io/stress-monitor (annotated)

Exhibit 2 to the Complaint – Heartify PIC



Plurality of categories

Source: https://heartify.io/stress-monitor (annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company.

Exhibit 2 to the Complaint – Heartify PIC

| [12.4] evaluating the biometric data with an evaluation unit provided in the mobile end unit or in a central server for determining the current load level, | Company performs and/or induces others to perform the step of evaluating the biometric data with an evaluation unit provided in the mobile end unit or in a central server for determining the current load level.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the Stress Monitor application utilizes AI to calculate the physiological stress score ("determining the current load level") for the user based on multiple parameters such as heart rate, HRV, BPM, activity statistics, and sleep data ("the biometric data"). Therefore, it would be apparent to a person having ordinary skill in the art that the application installed in the user's smartphone ("the mobile end unit") comprises an evaluation unit, to determine the physiological stress score of the user. |

Exhibit 2 to the Complaint – Heartify PIC



Source: https://heartify.io/stress-monitor (annotated)

Exhibit 2 to the Complaint – Heartify PIC



Source: https://heartify.io/stress-monitor (annotated)

Exhibit 2 to the Complaint – Heartify PIC



Source: https://heartify.io/stress-monitor

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company.

Exhibit 2 to the Complaint – Heartify PIC

| [12.5] wherein: category-specific load levels are ascertained by means of an arithmetic mean or a weighted mean of features relating to the biometric data pertaining to each category in the plurality of categories, | Company performs and/or induces others to perform the step wherein category-specific load levels are ascertained by means of an arithmetic mean or a weighted mean of features relating to the biometric data pertaining to each category in the plurality of categories.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the Stress Monitor application uses the smartphone's camera and AI to measure multiple health-related metrics such as heart rate, heart rate variability, BPM, activity statistics, and sleep data over a period ("category-specific load levels"). Therefore, upon information and belief, the health-related metrics of the user are ascertained by means of an arithmetic mean or a weighted mean of features relating to the biometric data pertaining to each category in the plurality of categories. |

Exhibit 2 to the Complaint – Heartify PIC



Source: https://heartify.io/stress-monitor

Exhibit 2 to the Complaint – Heartify PIC



category-specific load levels

Source: https://heartify.io/stress-monitor (annotated)

Exhibit 2 to the Complaint – Heartify PIC



category-specific load levels

Source: https://heartify.io/stress-monitor (annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company.

Exhibit 2 to the Complaint – Heartify PIC

| | |
|---|---|
| [12.6] the evaluation unit determines the current load level with the aid of a network of artificial neural networks, <br><br> the network of artificial neural networks comprises a plurality of artificial neural networks that interact with each other, <br><br> the plurality of artificial neural networks calculates in parallel with a plurality of processors, | Company performs and induces others to perform the step wherein the evaluation unit determines the current load level with the aid of a network of artificial neural networks, the network of artificial neural networks comprises a plurality of artificial neural networks that interact with each other, the plurality of artificial neural networks calculates in parallel with a plurality of processors. <br><br> This element is infringed literally, or in the alternative, under the doctrine of equivalents. <br><br> For example, the Stress Monitor application utilizes the smartphone's camera and AI ("a network of artificial neural networks, interacting with each other") to calculate the physiological stress score ("the current load level") of the user by analyzing multiple parameters such as the measured HRV, heart rate, and sleep data. Since the application uses the camera and AI to measure the stress score, upon information and belief, the user's smartphone comprises a plurality of processors, that process the functionalities of the camera and support the plurality of artificial neural networks. <br><br>  <br> Source: https://heartify.io/stress-monitor <br><br> Source: https://heartify.io/stress-monitor |

Exhibit 2 to the Complaint – Heartify PIC



Source: https://heartify.io/stress-monitor (annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company.

Exhibit 2 to the Complaint – Heartify PIC

| [12.7] the plurality of processors is arranged on the mobile end unit or on the central server, | Company performs and induces others to perform the step wherein the plurality of processors is arranged on the mobile end unit or on the central server.

This element is infringed literally, or in the alternative, under the doctrine of equivalents.

For example, the Stress Monitor application installed in the user's smartphone utilizes the camera and AI to measure the health-related metrics of the user. Therefore, upon information and belief, the application utilizes the plurality of processors present in the user's smartphone.



Source: https://heartify.io/stress-monitor

Source: https://heartify.io/stress-monitor

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company. |

Exhibit 2 to the Complaint – Heartify PIC

| | |
|---|---|
| [12.8] at least one graphics card processor of at least one graphics card supports the calculation of the artificial neural networks,<br><br>wherein the at least one graphics card with the at least one graphics card processor is arranged on the mobile end unit or on the central server, and | Company performs and induces others to perform the step wherein at least one graphics card processor of at least one graphics card supports the calculation of the artificial neural networks, wherein the at least one graphics card with the at least one graphics card processor is arranged on the mobile end unit or on the central server.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the application uses AI to analyze multiple parameters based on the user's heart rate variability to calculate and display the user's physiological stress score. Therefore, upon information and belief, the user's smartphone comprises at least one graphics card processor of at least one graphics card that supports the calculation of the artificial neural networks.<br><br><br><br>Source: https://heartify.io/stress-monitor<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company. |
| [12.9] wherein the determined current load level of the user is displayed to the user via the mobile | Company performs and induces others to perform the step wherein the determined current load level of the user is displayed to the user via the mobile end unit in the form of a consolidated load level obtained from a combination of category-specific load levels by forming the arithmetic mean or weighted mean of the category-specific load levels.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the Stress Monitor application installed in the user's smartphone displays ("displayed to the user via the mobile end unit") the stress score ("the determined current load level of the user in the form of a consolidated load level") for the user that is calculated based on the measured health-related metrics such as heart rate, HRV, and BPM ("a |

Exhibit 2 to the Complaint – Heartify PIC

| | |
|---|---|
| end unit in the form of a consolidated load level obtained from a combination of category-specific load levels by forming the arithmetic mean or weighted mean of the category-specific load levels. | consolidated load level obtained from a combination of category-specific load levels by forming the arithmetic mean or weighted mean of the category-specific load levels"). <br><br>  <br><br> the determined current load level of the user is displayed to the user via the mobile end unit <br><br> Source: https://heartify.io/stress-monitor (annotated) |

Exhibit 2 to the Complaint – Heartify PIC



a consolidated load level obtained from a combination of category-specific load levels by forming the arithmetic mean or weighted mean of the category-specific load levels

Source: https://heartify.io/stress-monitor (annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company.

Exhibit 2 to the Complaint – Heartify PIC

## 2. List of References

1.  https://heartify.io/stress-monitor, last accessed on 15 October, 2024.